TORO, DEMANDANTE Y APELANTE, *v.* FAJARDO ET AL., DEMANDADOS Y APELADOS.

Apelación procedente de la Corte de Distrito de Mayagüez en un caso de daños y perjuicios por conspiración.

No. 1157.—Resuelto en julio 9, 1914.

EMPLEADOS MUNICIPALES—DESTITUCIÓN EN VIRTUD DE CARGOS FORMULADOS—DAÑOS Y PERJUICIOS POR CONSPIRACIÓN—DEMANDA INSUFICIENTE.—El demandante reclama en su demanda una indemnización de daños y perjuicios ale-

gando haber sido destituído de su cargo de secretario del Municipio de Hormigueros en virtud de cargos formulados contra él por conspiración de algunos de los demandados con otros miembros del concejo municipal, pero no alega que los cargos fueran inciertos. Se resolvió que la demanda no aduce hechos constitutivos de una causa de acción y que el mero hecho de haberse presentado cargos contra él y haber sido destituído no constituye conspiración.

Los hechos están expresados en la opinión.

El apelante compareció por escrito en nombre propio.

Los apelados no comparecieron.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Se alega en la demanda presentada en este caso que el demandante ejercía el cargo de Secretario del Municipio de Hormigueros y que cumplió fielmente con todas las obligaciones del mismo; que teniendo interés dos de los demandados en colocar en aquel puesto de secretario a un empleado suyo para substituir al demandante, formularon maliciosamente cargos contra dicho demandante en los cuales le acusaban de mala conducta en el ejercicio de sus funciones; que con motivo de los referidos cargos se siguió un procedimiento ilegal contra él, habiendo sido luego destituído con lo cual se le ocasionó daño. La demanda contenía otras alegaciones menos importantes, pero hemos hecho referencia, sin embargo, a la parte sustancial de la misma. Los demandados formularon excepción previa a la referida demanda que fué declarada con lugar por la corte.

No se ha alegado de modo alguno en la demanda el hecho de que no fueran ciertos los cargos. Ella más bien sugiere que afirma la conspiración entre dos de los demandados con los otros que eran miembros del Concejo Municipal de Hormigueros. El demandante sustenta al parecer la teoría de que el mero hecho de haberse presentado los cargos contra él y por virtud de los cuales quedó destituído, constituye conspiración. La ley no se expresa en tal sentido y debe confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. Hutchison, no formó parte del tribunal en la vista de este caso.